[No. 29016-9-I.   Division One.   January 19, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. KEVIN JOSEPH KYZAR, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00276-9, Kathryn E. Trumbull, J., entered October 11, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 29097-5-I.   Division One.   January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EMERY W. FRANCISCO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00393-1, Byron L. Swedberg, J., entered July 22, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Pekelis, JJ.

[No. 27825-8-I.   Division One.   January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO S. HERNÀNDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06764-1, Anthony P. Wartnik, J., entered December 24, 1990. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Coleman, JJ.